# United States District Court
# Eastern District Of Michigan
## Summons in a Civil Action and Return of Service Form

GEORGE CARAM STEEH

06-10291

Case Number and Judge Assignment (to be supplied by the Court)

| Plaintiff name(s): | Defendant name(s): |
|---|---|
| SOCIETY OF THE HOLY TRANSFIGURATION MONASTERY, INCORPORATED, a Delaware corporation, | SHERIDAN BOOKS, INC., and ARCHBISHOP GREGORY OF DENVER, CO |

vs.

| Plaintiff's attorney, address and telephone: | Name and address of defendant being served: |
|---|---|
| Kathleen A. Lang (P34695)<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>klang@dickinsonwright.com | SHERIDAN BOOKS, INC.<br>613 East Industrial Drive<br>Chelsea, MI 48118 |

*To the defendant:*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name, and address above, an answer to the complaint within 20 days after receiving this summons, or take other actions that are permitted by Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the court**

By: _____
Deputy Clerk

_____
Date of issuance

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below.

Name of Defendant served: <u>Sheridan Books, Inc.</u>

Date of Service: <u>March 31, 2006 at 2:00 pm</u>

## Method of Service

☒ Personally served at this address: <u>613 E. Industrial Dr.</u>

<u>Chelsea, MI  48118</u>

€ Left copies at the defendant's usual place of abode with (name of person):

At this address

€ Other (please specify):

Service fees:   Travel $ <u>77.60</u>   Service   $ <u>150.00</u>   Total  $ <u>227.60</u>

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

<u>April 1, 2006</u>
Date

Signature of server: *Robert R. Smith*

Server's printed name: Robert R. Smith

Server's address: 15752 Revere, Clinton Twp., MI 48038