UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SOCIETY OF THE HOLY TRANSFIGURATION
MONASTERY, INCORPORATED,

       Plaintiff,                              Case No. 2:06-cv-10291

v.                                                 Hon. George Caram Steeh

SHERIDAN BOOKS, INC. and              Magistrate Judge R. Steven Whalen
ARCHBISHOP GREGORY OF DENVER, CO,

       Defendants.
_____

| | |
|---|---|
| Kathleen A. Lang (P34695) | Mark A. Fischer, Esq. |
| Dickinson Wright, PLLC | Heidi E. Harvey, Esq. |
| Attorneys for Plaintiff | Fish & Richardson, P.C. |
| 500 Woodward Avenue, Suite 4000 | Of Counsel for Plaintiff |
| Detroit, MI 48226 | 225 Franklin Street |
| (313) 223-3500 | Boston, MA 02110 |
| | (617) 542-5070 |

Bradley J. MeLampy (P34631)
Conlin, McKenney & Philbrick, P.C.
Attorneys for Defendant Sheridan Books, only
350 S. Main Street, Suite 400
Ann Arbor, MI 48104-2131
(734) 761-9000

_____

## APPEARANCE

     PLEASE TAKE NOTICE that Bradley J. MeLampy of Conlin, McKenney & Philbrick, P.C. enters his appearance on behalf of Defendant Sheridan Books, Inc., only.

                                         By:   s/ Bradley J. MeLampy
                                                    Bradley J. MeLampy
                                                    Conlin, McKenney & Philbrick, P.C.
                                                    350 S. Main Street, Suite 400
                                                    Ann Arbor, MI  48104
                                                    (734) 761-9000
                                                    melampy@cmplaw.com
Dated: May 16, 2006                       (P34631)

**CERTIFICATE OF SERVICE**

        I hereby certify that on May 16, 2006, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to: Kathleen A. Lang, Esq. and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

| | |
|---|---|
| Mark A. Fischer, Esq. | David J. Simonelli, Esq. |
| Heidi E. Harvey, Esq. | Clark Hill, PLC |
| Fish & Richardson | 500 Woodward Avenue, Suite 3500 |
| 225 Franklin Street | Detroit, MI 48226-3435 |
| Boston, MA 02110 | |

        By:   s/Bradley J. MeLampy
         Bradley J. MeLampy
         Conlin, McKenney & Philbrick, P.C.
         350 S. Main Street, Suite 400
         Ann Arbor, MI  48104
         (734) 761-9000
         melampy@cmplaw.com
         (P34631)

H:\CLM\SHERIDAN\ST. ANDREWS\APPEAR.WPD