UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOCIETY OF THE HOLY
TRANSFIGURATION MONASTERY, INC.,     CASE NUMBER 06-10291

        Plaintiff(s),     HON. GEORGE CARAM STEEH

v.

SHERIDAN BROOKS, INC.,

        Defendant(s).
_____/

## NOTICE OF SCHEDULING CONFERENCE

You are hereby notified to appear on **JULY 24, 2006, at 3:00 P.M. PROMPTLY,** in the chambers of the Honorable George Caram Steeh, United States District Judge at **231 W. Lafayette Blvd., 2nd Floor, Room 235, Detroit, Michigan,** for a scheduling conference in the above-referenced action.

PLEASE BE PREPARED TO DISCUSS THE FOLLOWING:

1. A brief summary of the case and issues.
2. Subject matter jurisdiction.
3. Relationship to other cases.
4. Necessity of amendments to pleadings, additional parties, third-party complaint or other additional information.
5. Discovery progress -- counsel are instructed to commence significant discovery prior to the conference. See FRCP 26(a)(1) re: Initial Disclosures.
6. Mediation, Facilitation, or Arbitration.
7. Motions.
8. Trial by Magistrate Judge, bench or jury.

The purpose of this conference is to make the court aware of the issues involved, to discuss the possibility of settlement, and to establish dates for discovery cut-off, motion cut-off, pretrial and trial. Please be prepared to address all these issues.

The Court does not grant adjournments of scheduling conferences because trial counsel is unavailable. Substitute counsel must appear.

Date:   June 23, 2006                              s/ Josephine Chaffee
                                                   Deputy Clerk
                                                   (313) 234-5175