UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SOCIETY OF THE HOLY TRANSFIGURATION MONASTERY, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>SHERIDAN BOOKS, INC. and ARCHBISHOP GREGORY OF DENVER, CO,<br><br>Defendants. | Civil Action No. 06-cv-10291 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1) and the settlement agreement entered into by the parties, the parties stipulate to the dismissal of the above action with prejudice.

Attorneys for Plaintiff
Society of the Holy Transfiguration Monastery

Dated: August 10, 2006

/s/ Kathleen A. Lang

Kathleen A. Lang (P34695)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500
klang@dickinsonwright.com

Of Counsel:
Mark A. Fischer, Esq.
Heidi E. Harvey, Esq.
Fish & Richardson P.C.
225 Franklin Street

          Boston, MA  02332
          Tel:  (617) 542-5070

Attorney for Defendant
Sheridan Books, Inc.

/s/  Bradley J. MeLampy (w/permission)

Dated:  August 8, 2006

Bradley J. MeLampy (P34631)
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, MI  48104
Tel:  (734) 761-9000
melampy@cmplaw.com

Attorney for Defendant
Archbishop Gregory of Denver, CO

/s/  David J. Simonelli (w/permission)

Dated:  August 9, 2006

David J. Simonelli, Esq.
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI  48226
Tel:  (313) 965-8300
dsimonelli@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Bradley J. MeLampy and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

| | |
|---|---|
| David J. Simonelli, Esq. | Mark A. Fischer |
| Clark Hill PLC | Heidi E. Harvey |
| 500 Woodward Avenue, Suite 3500 | Fish & Richardson |
| Detroit, MI  48226 | 225 Franklin Street, Suite 3100 |
| | Boston, MA 02110-2804 |

/s/ Kathleen A. Lang

Kathleen A. Lang (P34695)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI  48226
Tel:  (313) 223-3500

klang@dickinsonwright.com

DETROIT  29065-1  950472v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOCIETY OF THE HOLY
TRANSFIGURATION MONASTERY,
INCORPORATED,

        Plaintiff,

  v.

SHERIDAN BOOKS, INC. and
ARCHBISHOP GREGORY OF DENVER, CO,

        Defendants.

Civil Action No. 06-cv-10291

HON. GEORGE CARAM STEEH

**ORDER OF DISMISSAL WITH PREJUDICE**

       This matter having come before the Court upon the stipulation of the parties and the Court being otherwise duly advised;

       IT IS HEREBY ORDERED that this matter be, and the same hereby is, dismissed with prejudice and without costs.

Dated: August 15, 2006                  s/George Caram Steeh
                                            United States District Judge